# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**MAISA HIDER,**

    **Plaintiff,**

**v.**

**EQUIFAX, INC., TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, COMENITY BANK, AND BREITLING U.S.A., INC.,**

    **Defendants.**

    **CIVIL ACTION NO. 5:23-cv-12970-JEL-CI**

## JOINT NOTICE OF SETTLEMENT

COMES NOW Defendant Comenity Bank ("Defendant") hereby notifies this Court that Plaintiff Maisa Hider ("Plaintiff") and Defendant have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal papers. Plaintiff and Defendant request that the Court provide 45 days to finalize the settlement documents and to file the necessary dismissal papers as to Defendant with this Court.

Respectfully submitted this 7th day of February, 2024.

/s/Samuel A. Morris
Samuel A. Morris (MI Bar #P76766)
BURR & FORMAN, LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3258
Facsimile (615) 724-3358
E-Mail: smorris@burr.com
*Attorney for Defendant Comenity Bank*

/s/ Mo Abdrabboh  w/ permission
Mo Abdrabboh (MI Bar #P61989)
MAF Law, P.C.
1360 Porter St., Suite 250
Dearborn, MI 48124
Telephone: (313) 483-9453
mabdrabboh@hotmail.com
*Counsel for Plaintiff Maisa Hider*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Tamara E. Fraser<br>Williams Rattner & Plunkett, P.C.<br>380 North Old Woodward Ave., Suite 300<br>Birmingham, MI 48009<br>tef@wwrplaw.com<br>*Counsel for Experian Information Solutions* | Mo Abdrabboh (MI Bar #P61989)<br>MAF Law, P.C.<br>1360 Porter St., Suite 250<br>Dearborn, MI 48124<br>mabdrabboh@hotmail.com<br>*Counsel for Plaintiff Maisa Hider* |
| Jordan Bolton<br>Taft Stettinius & Hollister LLP<br>27777 Franklin Road, Suite 2500<br>Southfield, MI  48034<br>jbolton@taftlaw.com<br>*Counsel for Equifax Information Services, LLC* | Cara M. Swindlehurts<br>Gordon Rees Scully Mansukhani<br>37000 Woodward Ave., Suite 225<br>Bloomfield Hills, MI  48304<br>*Counsel for Breitling U.S.A., Inc.* |

Scott E. Brady
Quilling, Selander, Lownds, Winslett &
Moser, P.C.
10333 N. Meridian Street, Suite 200
Indianapolis, IN 46290
sbrady@qslwm.com
*Counsel for Trans Union, LLC*

/s/Samuel A. Morris