UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MAISA HIDER,

    Plaintiff,

v.

EQUIFAX, INC.;
EXPERIAN INFORMATION SOLUTIONS,
COMENITY BANK, AND BREITLING U.S.A. INC.,

    Defendants.

Case No. 23-12970
Hon. Judith E. Levy

---

## STIPULATION AND ORDER TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE

Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian"), through their respective counsel, stipulate to the dismissal of Defendant Experian, only, with prejudice and without costs or attorney fees to any party.

| | |
|---|---|
| */s/ Mo Abdrabboh* (with consent) | /s/ *Tamara E. Fraser* |
| Mo Abdrabboh (P61989) | Tamara E. Fraser (P51997) |
| MAF LAW, P.C. | WILLIAMS, WILLIAMS, RATTNER |
| 1360 Porter St. Suite 250 | & PLUNKETT, P.C |
| Dearborn, MI 48124 | 380 N. Old Woodward, Suite 300 |
| mabdrabboh@hotmail.com | Birmingham, MI 48009 |
| *Attorneys for Plaintiff* | (248) 642-0333 |
| | tefraser@wwrplaw.com |
| Dated: March 8, 2024 | *Attorney for Defendant Experian* |
| | Dated: March 8, 2024 |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

MAISA HIDER,

    Plaintiff,

v.

Case No. 23-12970
Hon. Judith E. Levy

EQUIFAX, INC.;
EXPERIAN INFORMATION SOLUTIONS,
COMENITY BANK, AND BREITLING U.S.A. INC.,

    Defendants.

_____

## ORDER FOR DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., ONLY, WITH PREJUDICE

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Experian Information Solutions, Inc., only, shall be dismissed with prejudice and without costs or attorney fees awarded to any party.

This does not resolve the last pending claim of this lawsuit.

Date: March 8, 2024

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge