IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MAISA HIDER,**

    **Plaintiff,**

v.

**EQUIFAX, INC., TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, COMENITY BANK, AND BREITLING U.S.A., INC.,**

    **Defendants.**

**CIVIL ACTION NO. 5:23-cv-12970-JEL-CI**

## PRO TANTO STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Maisa Hider and Defendant Comenity Bank, by and through their respective counsel, and hereby agree, subject to the Court's approval, that this action should be dismissed with prejudice as to Defendant Comenity Bank, with each party to bear its own attorney fees and costs.

Respectfully submitted this 27th day of March, 2024.

    */s/ Samuel A. Morris*
    Samuel A. Morris (MI Bar #P76766)
    BURR & FORMAN, LLP
    222 Second Avenue South, Suite 2000
    Nashville, TN 37201
    Telephone: (615) 724-3258
    Facsimile (615) 724-3358
    E-Mail: smorris@burr.com
    *Attorney for Defendant Comenity Bank*

53837478 v1

                              */s/ Mo Abdrabboh w/permission by SAM*
                              Mo Abdrabboh (MI Bar #P61989)
                              MAF Law, P.C.
                              1360 Porter St., Suite 250
                              Dearborn, MI 48124
                              Telephone: (313) 483-9453
                              mabdrabboh@hotmail.com
                              *Counsel for Plaintiff Maisa Hider*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of March 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Tamara E. Fraser<br>Williams Rattner & Plunkett, P.C.<br>380 North Old Woodward Ave., Suite 300<br>Birmingham, MI 48009<br>tef@wwrplaw.com<br>*Counsel for Experian Information Solutions* | Mo Abdrabboh (MI Bar #P61989)<br>MAF Law, P.C.<br>1360 Porter St., Suite 250<br>Dearborn, MI 48124<br>mabdrabboh@hotmail.com<br>*Counsel for Plaintiff Maisa Hider* |
| Jordan Bolton<br>Taft Stettinius & Hollister LLP<br>27777 Franklin Road, Suite 2500<br>Southfield, MI 48034<br>jbolton@taftlaw.com<br>*Counsel for Equifax Information Services, LLC* | Cara M. Swindlehurts<br>Gordon Rees Scully Mansukhani<br>37000 Woodward Ave., Suite 225<br>Bloomfield Hills, MI 48304<br>*Counsel for Breitling U.S.A., Inc.* |
| Scott E. Brady<br>Quilling, Selander, Lownds, Winslett & Moser, P.C.<br>10333 N. Meridian Street, Suite 200<br>Indianapolis, IN 46290<br>sbrady@qslwm.com<br>*Counsel for Trans Union, LLC* | |

                              */s/ Samuel A. Morris*