UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAISA HIDER,

    Plaintiff,

v.

EQUIFAX, INC., TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, COMENITY BANK, AND BREITLING U.S.A., INC.,

    Defendants.

Case No.: 23-cv-12970
Hon. Judith E. Levy

| | |
|---|---|
| MOHAMMED ABDRABBOH (P61989)<br>Mohammed Abdrabboh, PC<br>*Attorney for Plaintiff*<br>1360 Porter St., Suite 210<br>Dearborn, MI 48124<br>(313) 799-0173 / (313) 945-0103 (Fax)<br>mabdrabboh@hotmail.com | CARA M. SWINDLEHURST (P79953)<br>Gordon Rees Scully Mansukhani, LLP<br>*Attorneys for Defendant Breitling U.S.A.*<br>37000 Woodward Ave., Suite 225<br>Bloomfield Hills, MI 48304<br>(989) 621-4454<br>cswindlehurst@grsm.com<br>fbeer@grsm.com (Assistant) |

## **JOINT NOTICE OF SETTLEMENT**

    NOW COMES Defendant Breitling U.S.A., Inc. ("Defendant") and hereby notifies this Court that Plaintiff Maisa Hider ("Plaintiff) and Defendant have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal papers. Plaintiff and Defendant request that the Court provide 45 days to finalize the settlement documents and to file the necessary dismissal papers as to Defendant with this Court

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI

*/s/ Cara M. Swindlehurst*

Cara M. Swindlehurst (P79953)
Attorneys for Defendant Breitling
37000 Woodward Ave, Ste. 225
Bloomfield Hills, MI 48304

Dated: April 25, 2024

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed with the Clerk of the Court via the Court's ECF system, which will send electronic notification of such filing to all counsel of record at their respective email addresses as disclosed in the pleadings of record herein.

Dated: April 25, 2024         */s/ Frances Beer*
                                Frances Beer, Legal Assistant