# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

| | |
|---|---|
| MAISA HIDER, | Case no. 23-12970 |
| Plaintiff, | |
| | Judge Judith E. Levy |
| vs. | Magistrate Judge Curtis Ivy, Jr. |
| EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; COMENITY BANK, and BREITLING U.S.A. INC., | |
| Defendants. | |

---

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC

---

Plaintiff, Maisa Hider ("Plaintiff") and Defendant Trans Union LLC by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice of Defendant Trans Union LLC in above styled action. Plaintiff and Defendants shall each bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

Respectfully submitted,

Date: 5-7-24                                  /s/Scott E. Brady
                                        Scott E. Brady, Esq.
Quilling, Selander, Lownds, Winslett & Moser, P.C. 10333 N. Meridian St., Suite 200
Indianapolis, IN 46290
Telephone: 317-497-5600, Ext. 602
Fax: 317-899-9348
E-Mail: sbrady@qslwm.com

*Lead Counsel for Defendant Trans Union, LLC*

Brian A. Nettleingham, Esq. (MI #P58966)
Maddin, Hauser, Roth & Heller, P.C.
28400 Northwestern Hwy., 2nd Floor
Southfield, MI 48034
Telephone: 248-359-7503
E-Mail: bnettleingham@maddinhauser.com
*Local Counsel for Defendant Trans Union, LLC*

Date: 5-7-24                                  */s/ Mohammed Abdrabboh, Esq. (with consent)*

Mo Abdrabboh (P61989)
MAF Law, P.C.
1360 Porter St. Suite 250
Dearborn, MI 48124
(313) 483-9453
E-Mail: mabdrabboh@hotmail.com

*Counsel for Plaintiff*

SO ORDERED.

Date: May 8, 2024                             s/Judith E. Levy
                                         JUDITH E. LEVY
                                         United States District Judge