## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MAISA HIDER,                                    Case no. 23-12970

        Plaintiff,

                              Judge Judith E. Levy

   vs.                                          Magistrate Judge Curtis Ivy, Jr.

EQUIFAX INFORMATION SERVICES,
LLC; TRANS UNION, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.;
COMENITY BANK, and BREITLING
U.S.A. INC.

        Defendants.

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC;

Plaintiff, Maisa Hider ("Plaintiff") and Defendant Equifax Information Services LLC by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice of Defendant Equifax Information Services LLC in above styled action. Plaintiff and Defendants shall each bear their own attorneys' fees and costs.  All parties have reviewed this stipulation.

Respectfully submitted,

Date:                          *Mohammed Abdrabboh, Esq.*

Mo Abdrabboh (P61989)
MAF Law, P.C.
1360 Porter St. Suite 250
Dearborn, MI 48124
(313) 483-9453
E-Mail:  mabdrabboh@hotmail.com

*Counsel for Plaintiff*

Date:                          Jordan S. Bolton  (with Consent)
Taft Stettinius & Hollister LLP
27777 Franklin Road
Suite 2500
Southfield, MI 48034
248-351-3000
Email: jbolton@taftlaw.com

*Counsel for Defendant*

SO ORDERED.

Date: May 8, 2024                          s/Judith E. Levy
JUDITH E. LEVY
United States District Judge