UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAISA HIDER,

    Plaintiff,

v.

EQUIFAX, INC., TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, COMENITY BANK, AND BREITLING U.S.A., INC.,

    Defendants.

Case No.: 23-cv-12970
Hon. Judith E. Levy

| | |
|---|---|
| MOHAMMED ABDRABBOH (P61989)<br>Mohammed Abdrabboh, PC<br>*Attorney for Plaintiff*<br>1360 Porter St., Suite 210<br>Dearborn, MI 48124<br>(313) 799-0173 / (313) 945-0103 (Fax)<br>mabdrabboh@hotmail.com | CARA M. SWINDLEHURST (P79953)<br>Gordon Rees Scully Mansukhani, LLP<br>*Attorneys for Defendant Breitling U.S.A.*<br>37000 Woodward Ave., Suite 225<br>Bloomfield Hills, MI 48304<br>(989) 621-4454<br>cswindlehurst@grsm.com<br>fbeer@grsm.com (Assistant) |

## **ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the stipulation of the parties (ECF No. 38), and the Court being otherwise fully advised;

**IT IS HEREBY ORDERED** that any and all claims against Defendant Breitling USA, Inc. in this matter are dismissed with prejudice and without costs or fees to any party.

Date: June 12, 2024

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge